# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br>　　　　*Plaintiffs*, <br><br>　　v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br>　　　　*Defendant*. | No. 1:20-cv-02320 (RBW) <br><br> **IMMEDIATE RELIEF SOUGHT** |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

　　Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (collectively, "ACLU") respectfully move this Court for entry of a temporary restraining order to enjoin Defendant Federal Bureau of Prisons (BOP)'s unlawful attempts to withhold agency records related to the July, 2020 federal executions of Daniel Lee on July 14, 2020, Wesley Purkey on July 16, 2020, and Dustin Honken on July 17, 2020. These records are critical to the public's understanding of the upcoming federal executions scheduled for this week. Plaintiffs seek an order requiring Defendant to process and produce a limited subset of records responsive to Plaintiffs' Freedom of Information Act request by 12:00 p.m. Eastern time on Tuesday, August 25, 2020. Specifically, Plaintiffs request documents with COVID-19 testing data for FCC Terre Haute prisoners and staff, not including personally identifying information, from July 1, 2020 to the present, and the results of any contact tracing conducted as a result of the July, 2020 COVID-19 exposure to BOP staff and

1

death row prisoners by the infected BOP staff member, also not including personally identifying information.

    The grounds for this motion are set forth in the accompanying memorandum of points and authorities, and the attached declaration and exhibits.

| | |
|---|---|
| August 24, 2020 | Respectfully submitted, |
| | /s/ *Arthur B. Spitzer* <br> Arthur B. Spitzer (D.C. Bar No. 235960) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA <br> 915 15th Street, NW, 2nd floor <br> Washington, DC 20005 <br> (202) 601-4266 <br> aspitzer@acludc.org |
| | Cassandra Stubbs* <br> Henderson Hill (D.C. Bar No. 358378) <br> Amy Fly <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 201 W. Main St., Suite 402 <br> Durham, NC 27701 <br> (919) 688-4605 <br> cstubbs@aclu.org <br> hhill@aclu.org <br> afly@aclu.org |
| | *Attorneys for Plaintiffs* |

---

**Motion for admission pro hac vice pending*