IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        *Defendant*. | No. 1:20-cv-02320 (RBW) |

### CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)

Pursuant to Local Rule 65.1(a), the undersigned counsel for Plaintiffs hereby certifies as follows:

Copies of all pleadings and papers filed in this action to date, or to be presented to the Court at the hearing on the application for a Temporary Restraining Order, have been delivered to Defendants by email addressed to Elizabeth Shapiro and Jean Lin, Special Litigation Counsel, U.S. Dep't of Justice, Civil Div, Federal Programs Branch, at Jean.Lin@usdoj.gov and Elizabeth.Shapiro@usdoj.gov.

A copy of the summons and file-stamped papers will be delivered promptly after receiving the summonses from the Clerk of Court.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street, NW, 2nd floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org