# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

      *Plaintiffs,*

v.

FEDERAL BUREAU OF PRISONS,

      *Defendant.*

No. 1:20-cv-02320 (RBW)

## [PROPOSED] TEMORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, Defendant's opposition thereto, and the record so far adduced in this case, it is hereby

ORDERED that Defendant shall provide Plaintiffs with the following records by 12:00 p.m. Eastern time on Tuesday, August 25, 2020: documents with COVID-19 testing data of FCC Terre Haute prisoners and staff, not including personal identifying information, from July 1, 2020 to the present, and the results of any contact tracing conducted as a result of the July, 2020 COVID-19 exposure to BOP staff and death row prisoners by the infected BOP staff member, not including personal identifying information. And it is further

ORDERED that Defendant is enjoined from charging Plaintiffs search, review or duplication fees for the processing of the documents responsive to this Order.

This Order is valid for 14 days from the date and time entered below. No bond shall be required.

SO ORDERED this _____ day of August, 2020, at _____ a.m./p.m.

                                                     _____
                                                     United States District Judge