UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 20-2320 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on the same date via teleconference, it is hereby

**ORDERED** that the plaintiffs' Motion for Leave to File Declaration of Liliana Segura, ECF No. 16, is **GRANTED**. It is further

**ORDERED** that the Declaration of Liliana Segura, ECF No. 16-1, is **ACCEPTED AS FILED** as of September 4, 2020, and the Clerk of the Court shall file it as a separate entry on the docket. It is further

**ORDERED** that the Plaintiffs' Motion for a Preliminary Injunction, ECF No. 13, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that the plaintiffs seek the production of documents related to COVID-19 testing data of Federal Correctional Complex Terre Haute prisoners and staff from July 1, 2020, to the present and any contact tracing conducted as a result of the July 2020 COVID-19 exposure to death row prisoners and staff (collectively, the "COVID-19 records"). The motion is **DENIED** in all other respects. It is further

**ORDERED** that, on or before September 18, 2020, the defendant shall produce the non-exempt portions of the COVID-19 records. It is further

**ORDERED** that, on September 18, 2020, at 2:00 p.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 4th day of September, 2020.

REGGIE B. WALTON
United States District Judge