UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 20-2320 (RBW) |
| v. | ) ) | |
| FEDERAL BUREAU OF PRISONS, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on October 19, 2020, via teleconference, it is hereby

**ORDERED** that, on or before November 16, 2020, the defendant shall produce to the plaintiffs (1) all records regarding ventilation in the execution facilities at which there are executions scheduled for November 2020 and December 2020, and (2) all records not already produced to the plaintiffs regarding the costs of carrying out the executions of Daniel Lee on July 14, 2020, Wesley Purkey on July 16, 2020, and Dustin Honken on July 17, 2020.  It is further

**ORDERED** that, on November 16, 2020, at 10:00 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  The defendant shall be prepared to address the reasons for which it asserts that the dollar amounts of payments to vendors listed on the documents that were produced to the plaintiffs are not subject to production.

**SO ORDERED** this 19th day of October, 2020.

                                                REGGIE B. WALTON
                                                United States District Judge