UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., )<br><br>Plaintiffs, )<br>v. )<br>FEDERAL BUREAU OF PRISONS, )<br>Defendant. ) | Civil Action No. 20-2320 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on November 16, 2020, via teleconference, it is hereby

**ORDERED** that, on or before December 7, 2020, the defendant shall produce to the plaintiffs all records responsive to the plaintiffs' request for "documentation listing the facilities where [Bureau of Prisons] staff have traveled or will travel from in order to provide additional security and support for the July and August executions." Compl. ¶ 17. It is further

**ORDERED** that, on or before January 7, 2021, the defendant shall produce to the plaintiffs all non-exempt documents requested by the plaintiffs. It is further

**ORDERED** that, on January 7, 2021, at 10:00 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 17th day of November, 2020.

REGGIE B. WALTON
United States District Judge