**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

AMERICAN CIVIL LIBERTIES UNION,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

          *Plaintiffs*

    v.

FEDERAL BUREAU OF PRISONS,

          *Defendant*.
_____

No. 1:20-cv-02320 (RBW)

**EMERGENCY REQUEST FOR STATUS CONFERENCE**

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (together, "the ACLU") respectfully request that the Court schedule a status conference regarding the inadequacy and improper redactions of Defendant's production dated December 7, 2020. A copy of the Defendant's December 7, 2020 determination letter (Ex. A) and production (Ex. B) are attached to this filing.

Plaintiffs contacted counsel for Defendants by email to inquire about their position regarding Plaintiffs' request for an urgent status conference to be held before December 10, 2020, the next scheduled execution date. Counsel for Defendants oppose this request.

On November 16, 2020 this Court held a status conference and ordered Defendant to produce, on or before December 7 2020, all records responsive to Plaintiffs' request for "documentation listing the facilities where [Bureau of Prisons] staff have traveled or will travel

in order to provide additional security and support for the July and August executions."  ECF 27, at 1.

On December 7, 2020 at 4:58 p.m. Defendant produced a determination letter stating that it had determined only five pages were responsive to the request. Ex. A, at 1. The letter further stated that these pages had been redacted pursuant to exemptions for unwarranted invasion of personal privacy of third parties [(b)(6)], law enforcement purposes which could constitute an unwarranted invasion of personal privacy of third parties [(b)(7)(C)], and concerns that the release could reasonably be expected to endanger the life or personal safety of an individual [(b)(7)(F)]. *Id.* These stated bases for redactions appear wholly inconsistent with the information redacted. The five pages produced are a budget document, created on September 4, 2020 that shows region, institutions, and dollar amount of obligations. Ex. B, at 1-15. Every institution is redacted, the very information requested and ordered by the Court. *Id.* Many of the regions are redacted and all of the individual budget information is redacted, with only the total of over 3 million dollars unredacted at the end of the document. *Id.* There is no entry line or column for individual names. *Id.* It appears that only institutional, cost, and regional data have been redacted, none of which implicates individuals or their privacy and/or safety.

This matter is of heightened urgency and relevance to the public in light of BOP's recent admission in an unrelated filing that 8 of the 40 person BOP execution team, all of whom travel from other facilities, tested positive for COVID-19 after the November execution of Orlando Hall. See Ex. C, Declaration or Rick Winter.  Executions are scheduled for December 10, 2020 and December 11, 2020 of this week and the public should have information in advance of these executions.

For the above reasons, Plaintiffs respectfully request that the Court schedule a status conference at the Court's earliest availability before the December 10, 2020 execution date.

December 8, 2020                                    Respectfully submitted,

                                                   /s/ Cassandra Stubbs
                                                   Cassandra Stubbs
                                                   Henderson Hill (D.C. Bar No. 358378)
                                                   AMERICAN CIVIL LIBERTIES UNION
                                                   FOUNDATION
                                                   201 W. Main St., Suite 402
                                                   Durham, NC 27701
                                                   (919) 688-4605
                                                   cstubbs@aclu.org
                                                   hhill@aclu.org
                                                   afly@aclu.org

                                                   Arthur B. Spitzer (D.C. Bar No. 235960)
                                                   AMERICAN CIVIL LIBERTIES UNION
                                                   FOUNDATION OF THE DISTRICT OF
                                                   COLUMBIA
                                                   915 15th Street, NW, 2nd floor
                                                   Washington, DC 20005
                                                   (202) 601-4266
                                                   aspitzer@acludc.org

                                                   *Attorneys for Plaintiffs*