# Exhibit A



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*North Central Region*
*North Central Regional Office*
*Kansas City, KS  66101*

December 7, 2020

Cassandra Stubbs, Director
ACLU Capital Punishment Project
201 W Main Street, Suite 402
Durham, NC  27701

Re: <u>American Civil Liberties Union, et al. v. Federal Bureau of Prisons.</u>
    Civil No. 1:20-cv-02320 (RBW)
    FOIA Request No. 2020-06027

Dear Ms. Stubbs,

Attached, please find the Bureau of Prisons' (BOP) release of the fourth set of records responsive to the above captioned case and corresponding FOIA Request No. 2020-06027.  After careful review of the fourth set of records, we have determined 5 pages are available for release in part.  No records in this release were withheld in their entirety.  Copies of the releasable records are attached hereto.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the records are redacted and/or withheld under the following exemptions:

> **(b)(6)** - concerns materials the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;
>
> **(b)(7)(C)** - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;
>
> **(b)(7)(F)** - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

Sincerely,

*[signature: Kara Christenson for]*

Richard M. Winter
Regional Counsel

Encl.