# Exhibit B

REPORT NAME: $27Q
DEATH ROW PROJECT 27Q OBLIGATIONS
AS OF AUGUST 31 2020
FISCAL YEAR 20
PRODUCED ON 09/04/20 AT 12.39.21

| REGION | INSTITUTION | OCCD3 | TOTAL OBLIGATIONS |
|---|---|---|---|
| (b)(6); (b)(7)(C); (b)(7)(F) | | 111 / 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| MID-ATLANTIC | (b)(6); (b)(7)(C); (b)(7)(F) | 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION MID-ATLANTIC | | | |
| NORTH CENTRAL | (b)(6); (b)(7)(C); (b)(7)(F) | 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 / 121 / 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |

REPORT NAME: $27Q
DEATH ROW PROJECT 27Q OBLIGATIONS
AS OF AUGUST 31 2020
FISCAL YEAR 20
PRODUCED ON 09/04/20 AT 12.39.21

| REGION | INSTITUTION | OCCD3 | TOTAL OBLIGATIONS |
|---|---|---|---|
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115<br>121<br>210<br>260<br>430 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 111<br>115<br>121<br>210<br>260 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 111<br>115<br>121<br>210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115<br>121<br>210<br>250<br>260 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 111<br>115<br>121<br>210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 111<br>115<br>121<br>210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |

REPORT NAME:  $27Q
DEATH ROW PROJECT 27Q OBLIGATIONS
AS OF AUGUST 31 2020
FISCAL YEAR 20
PRODUCED ON 09/04/20 AT 12.39.21

| REGION | INSTITUTION | OCCD3 | TOTAL OBLIGATIONS |
|---|---|---|---|
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 111 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 111 115 121 210 250 260 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 260 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION NORTH CENTRAL | | | |

REPORT NAME:  $27Q
DEATH ROW PROJECT 27Q OBLIGATIONS
AS OF AUGUST 31 2020
FISCAL YEAR 20
PRODUCED ON 09/04/20 AT 12.39.21

| REGION | INSTITUTION | OCCD3 | TOTAL OBLIGATIONS |
|---|---|---|---|
| NORTHEAST | (b)(6); (b)(7)(C); (b)(7)(F) | 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION NORTHEAST | | | |
| SOUTH CENTRAL | (b)(6); (b)(7)(C); (b)(7)(F) | 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION SOUTH CENTRAL | | | |
| SOUTHEAST | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION SOUTHEAST | | | |
| WESTERN | (b)(6); (b)(7)(C); (b)(7)(F) | 115 121 | (b)(6); (b)(7)(C); (b)(7)(F) |

REPORT NAME: $27Q
DEATH ROW PROJECT 27Q OBLIGATIONS
AS OF AUGUST 31 2020
FISCAL YEAR 20
PRODUCED ON 09/04/20 AT 12.39.21

| REGION | INSTITUTION | OCCD3 | TOTAL OBLIGATIONS |
|---|---|---|---|
| WESTERN | (b)(6); (b)(7)(C); (b)(7)(F) | 210 | (b)(6); (b)(7)(C); (b)(7)(F) |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| | (b)(6); (b)(7)(C); (b)(7)(F) | 115 | (b)(6); (b)(7)(C); (b)(7)(F) |
| | | 121 | |
| | | 210 | |
| *TOTAL INSTITUTION | (b)(6); (b)(7)(C); (b)(7)(F) | | |
| *TOTAL REGION WESTERN | | | |
| TOTAL | | | 3,057,995.52 |