IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, </br></br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION, </br></br>*Plaintiffs* </br></br>v. </br></br>FEDERAL BUREAU OF PRISONS, </br></br>*Defendant*. | No. 1:20-cv-02320 (RBW) |

**SUPPLEMENTAL MEMORANDUM**

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (together, "the ACLU") respectfully submit this additional memorandum in support their request for production without redaction of the list of entities (locations) from which the BOP execution staff originated. Plaintiffs previously argued that the information requested should be disclosed on an expedited timeline so that the ACLU could publish the data to inform potential witnesses about information relevant to attending the upcoming executions and as part of the on-going debate about whether the executions should go forward. *See e.g.*, ECF 13 at 13, 24. In further support of their contention that the details about the risks of COVID-19 spread posed by the executions is a matter of great national interest and reporting, Plaintiffs identify the following non-exhaustive list of illustrative media articles about the information available to date about COVID-19 and the federal executions:

1

Liliana Segura, Jordan Smith, *How the Pandemic Exposed the Failures of Capital Punishment: Will Trumps' execution spree, court shutdowns, and the tool of COVID-19 hasten the demise of the death penalty*? The Intercept, January 3, 2020, https://theintercept.com/2021/01/03/death-penalty-capital-punishment-covid-abolition/ ("There's good reason to believe Trump's execution spree is responsible for the outbreak [of COVID-19 cases at Terre Haute USP]. As autumn brought a surge in COVID-19 cases across the country, more people connected to the executions began to test positive.").

Jessica Schulberg, *Federal Execution Team Members Are Getting COVID. Secrecy Has Thwarted Contact Tracing*, HuffPost, December 31, 2020, https://www.huffpost.com/entry/trump-administration-federal-executions-no-contact-tracing_n_5fee46a6c5b6ec8ae0b24c28, ("For months, the government has ignored clear signs that the executions are fueling COVID-19 outbreaks. . . . Each execution involves a team of about 40 BOP staffers who typically travel to Indiana from out of state and work closely with the prison staff in Terre Haute. Members of the execution team are not required to quarantine once they arrive or undergo testing before the execution.").

Madeline Carlise, *In a Year Marked by Death, the Trump Administration Cements a Legacy of Unprecedented Executions*, Time, December 30, 2020, https://time.com/5923973/trump-executions-death-penalty-covid-19/ ("Advocates also argue that the executions have served as unnecessary COVID-19 super spreader events," and reporting on the BOP execution team members who tested positive for COVID-19).

Hailey Fuchs, *Virus Hits Federal Death Row, Prompting Calls for Delays in Executions*, New York Times, December 21, 2020, https://www.nytimes.com/2020/12/21/us/politics/coronavirus-death-row-executions.html (reporting active COVID-19 outbreaks on death row at USP Terre Haute, describing COVID-19 infections among defense counsel, BOP executioners, and a spiritual advisor and noting "there is evidence that executions can become spreading events.").

Tonya Mosely, *Trump Administration Plans 5 More Federal Executions Before Trumps Leaves Office*, NPR Here and Now, December 9, 2020, https://www.nprillinois.org/post/trump-administration-plans-5-more-federal-executions-trump-leaves-office#stream/0 (discussing with ACLU attorney COVID-19 outbreak and federal executions).

Erick Ortiz, *Spree of federal execution during Trump's lame-duck period and pandemic is unprecedented*, NBC News, December 9, 2020, https://www.nbcnews.com/news/us-news/spree-federal-executions-during-trump-s-lame-duck-period-pandemic-n1250565 ("Critics argue that employing death sentences during a pandemic is unsafe, particularly when it requires inmates, their families and legal representatives, and teams of federal execution specialists to travel to the federal prison in Terre Haute, Indiana, where executions are held.").

Khaleda Rahman, *Ahead of Brandon Bernard's Execution, Federal Government Reveals 8 Executioners Caught COVID after Last One*, Newsweek, December 9, 2020, https://www.newsweek.com/8-executioners-caught-covid-after-last-execution-1553460?utm_source=headtopics&utm_medium=news&utm_campaign=2020-12-09 (reporting that eight of the executioners tested positive for COVID-19 after an execution, that they had not

quarantined, and that the federal government does not require them to submit to COVID-19 testing).

Nathalie Baptiste, *How Trump's Rush to Execute Inmates Is Spreading COVID*, Mother Jones, December 8, 2020, https://www.motherjones.com/crime-justice/2020/12/how-trumps-rush-to-execute-inmates-is-spreading-covid/ (detailing the known evidence about the link between the federal executions and spread of COVID-19).

Michale Balsamo and Michael R. Sisak, *Execution Staff have COVID-19 after inmate put to death*, AP News, December 8, 2020, https://apnews.com/article/prisons-coronavirus-pandemic-executions-terre-haute-indiana-e80af6a566bbff50ed5e9a097c305dbb ("As the U.S. government rushes to put inmates to death in a pandemic before President Trump leaves office, the Justice Department disclosed that eight staff members who took part in an execution last month tested positive for the coronavirus and five of those staffers will take part in executions scheduled for next week. The disclosure that the execution team members had tested positive for the virus, in addition to the spiritual advisor of the inmate put to death, is furthering criticism from advocates and lawyers for inmates who say the Bureau of Prisons isn't doing enough to stop the spread of coronavirus cases behind bars.").

      These articles reflect the significant public interest in the debate about whether President Trump and Acting Attorney General Rosen should allow these executions to go forward and the particular interest in understanding the role the executions is playing in COVID-19 outbreaks.

January 4, 2021                                              Respectfully submitted,

/s/ *Cassandra Stubbs*
Cassandra Stubbs
Olivia Ensign
Henderson Hill (D.C. Bar No. 358378)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
oensign@aclu.org
hhill@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street, NW, 2nd floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

*Attorneys for Plaintiffs*