UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 20-2320 (RBW) |
| v. | ) ) | |
| FEDERAL BUREAU OF PRISONS, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on January 5, 2021, via teleconference, it is hereby

**ORDERED** that, on or before January 7, 2021, the defendant shall produce to the plaintiffs records disclosing the facilities from which Bureau of Prisons ("BOP") employees traveled in order to participate in the executions conducted in July and August of 2020.[1]  It is further

**ORDERED** that, without prior authorization of the Court, the BOP shall not release any records relating to leave taken by or travel by BOP employees at these facilities during the time period from July 1, 2020, to January 31, 2021.  This prohibition shall apply to any action in which leave or travel records of BOP employees at these facilities from this time period are sought.  It is further

---

[1] The BOP is not required to produce to the plaintiffs any information disclosing the number of BOP employees from each facility who participated in the executions.

2

**ORDERED** that, on January 8, 2021, at 11:00 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 5th day of January, 2021.

REGGIE B. WALTON
United States District Judge