# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> AMERICAN CIVIL LIBERTIES UNION, FOUNDATION, <br><br> *Plaintiffs*, <br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> *Defendant*. | Case No. 1:20-cv-2320 (RBW) |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation respectfully cross-moves for summary judgment against Defendant the Federal Bureau of Prisons. As grounds for this motion, the Court is respectfully referred to the accompanying memorandum of points and authorities; statement of undisputed material facts; and Declaration of Cassandra Stubbs and supporting exhibits. A proposed order is also submitted.

DATED: April 23, 2021

Respectfully submitted,

/s/ *Cassandra Stubbs*
Cassandra Stubbs (Admitted *pro hac vice*)
Henderson Hill (D.C. Bar No. 358378)
Olivia Ensign (Admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
hhill@aclu.org
oensign@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street, NW, 2nd floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

*Attorneys for Plaintiffs*

2