IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>*Defendant.* | No. 1:20-cv-02320 (RBW) |

[PROPOSED] ORDER

Having considered the cross-motions for summary judgment submitted by Plaintiffs, American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant Federal Bureau of Prisons, along with the record in this case, it is hereby **ORDERED** that Plaintiffs' cross-motion is **GRANTED**.

It is further **ORDERED** that Defendant's motion is **DENIED**.

**SO ORDERED**.

Dated: _____

Reggie B. Walton
United States District Judge