# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 20-2320 (RBW) |
| v. | ) ) |
| FEDERAL BUREAU OF PRISONS, | ) ) |
| Defendant. | ) ) ) |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the plaintiffs' Motion to Strike Declaration of Kara Christenson, ECF No. 44, is **DENIED**.

**SO ORDERED** this 28th day of April, 2022.

REGGIE B. WALTON<br>
United States District Judge